FILED
 2009 Sep-01  AM 07:56
 U.S. DISTRICT COURT
 N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **DONNA B. TUCKER,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **Civil Action No.:** |
| ) | **CV-09-J-0046-S** |
| **MIDLAND CREDIT** ) | |
| **MANAGEMENT, INC., et., al.** ) | |
| ) | |
| **Defendants.** ) | |

## PLAINTIFF'S MOTION TO FILE DOCUMENTS OUT OF TIME

**COMES NOW** the Plaintiff, Donna Tucker (hereinafter "Tucker" or "Plaintiff) by and through counsel, and moves this Honorable Court to allow Plaintiff to file the Motion for Summary Judgment and supporting Memorandum of Law and Evidentiary Submissions out of time, as these were mistakenly all filed under seal.

Respectfully Submitted,

/s/ M. Stan Herring_____
**M. Stan Herring**

**OF COUNSEL:**
M. Stan Herring, P.C.
301 19th Street North
Birmingham, AL 35203
(205) 714-4443
msh@mstanherringlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing pleading through this court's electronic filing and notification system and via email on this the 1st Day of September 2009.

                                                  /s/ M. Stan Herring
                                                Of Counsel