# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

DONNA B. TUCKER,

    PLAINTIFF,

v.        CASE NO.: 2:09-CV-46-IPJ

MIDLAND CREDIT MANAGEMENT, INC.,

    DEFENDANT.

## ORDER

The court having been informed that this case has been amicably settled,

It is therefore **ORDERED** by the court that this case be and hereby is **DISMISSED WITHOUT PREJUDICE.**

It is further **ORDERED** that this court retains jurisdiction over the parties for the purpose of enforcing the parties' settlement agreement.

It is further **ORDERED** that the parties shall submit a formal stipulation of dismissal.

**DONE** and **ORDERED** this the 17th day of November, 2009.

_____
INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE